# Exhibit "1"

Filing # 112552624 E-Filed 08/28/2020 12:50:22 PM

**IN THE CIRCUIT COURT
OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA**

**CASE NO:**

**KIMBERLY EDWARDS,**

    **Plaintiff,**

vs.

**CBRE, INC.,**

    **Defendant.**

_____ /

**COMPLAINT**

COMES NOW Plaintiff, KIMBERLY EDWARDS, and sues Defendant, CBRE, INC., and alleges:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Plaintiff, KIMBERLY EDWARDS, is and at all pertinent times was a resident of Deland, Volusia County, Florida.

1

3.     The Defendant, CBRE, INC., at all times material to this Complaint, is and has been the owner, and in possession, custody and/or control, of the premises located at 2802 David Walker Drive, Eustis, Lake County, FL.

4.     This Court has jurisdiction over the subject matter of this Complaint and the parties to this cause of action because the incident which is the subject of this Complaint occurred in Lake County, Florida at the premises referenced in paragraph No. 3 above.

5.     On or about July 31, 2019, Plaintiff, KIMBERLY EDWARDS, was a business invitee (i.e. customer) at the aforementioned premises owned, managed or controlled by the Defendant when she was exiting the Bealls store and she slipped on the wet ground outside the store and was injured.

6.     As a result of said incident, Plaintiff, KIMBERLY EDWARDS, sustained serious injuries and other damages.

## COUNT I

7.     Plaintiff re-alleges and incorporates Paragraphs 1 through 6.

8.     Defendant, CBRE, INC. as owner, property manager and operator of the aforementioned premises, and as the entity that had possession and control of said premises, or alternatively, as the lease of property for which the subject premises were a primary path of ingress or egress to Defendant's business, had a non-delegable duty to maintain the premises in a reasonably safe condition so as to avoid injury to the Plaintiff and other customers or invitees to the Defendant's business, and also had a duty to inspect it's premises and a non-delegable duty to warn the Plaintiff of all dangerous conditions, including the one previously alleged, which it knew or should have known existed on its property and which created an unreasonable risk of harm to the Plaintiff.

9.     Defendant, CBRE, INC, negligently breached the aforementioned duties by the following:

a. creating the condition which caused Plaintiff's injury;

b. failing to maintain its location in a reasonably safe condition;

c. allowing the dangerous condition to be on the property and/or to remain on the property for an unreasonable length of time, creating a hazard for customers and invitees such as Plaintiff. The dangerous conditions that caused the Plaintiff's injury had been on the property long enough that the Defendant knew, or under the exercise of reasonable care should have known, that the dangerous condition existed and should be promptly addressed and warning signs put out and this section of the property cordoned off until the condition was corrected. Nevertheless, Defendant did not take any of these steps and as a result Plaintiff sustained injuries and related damages;

d. failing to warn customers and business invitees, such as the Plaintiff, of the danger presented by the dangerous condition;

e. failing to timely and properly monitor and inspect its property for any potentially dangerous or unsafe conditions, including the one previously alleged that caused Plaintiff's injury, and failing to timely and properly correct the dangerous conditions on its property that caused the Plaintiff sustain injuries and other damages; and

f. failing to comply with applicable Florida building codes.

10. Defendant has actual and/or conservative notice that their flooring becomes slippery, and therefore unreasonably dangerous, when wet, as evidenced by:

a. Defendant keeps records of each slip and fall;

b. Defendant trains all of their employees to be on the look-out for liquid on the floor; and

c. Defendant trains all of their employees to clean floor areas where liquid is detected.

11. As a direct and proximate result of the negligence of Defendant as set forth above, Plaintiff was injured while a customer/visitor/invitee at the Defendant's premises.

12. As a further direct and proximate result of the negligence of Defendant as set forth above, the Plaintiff, KIMBERLY EDWARDS, suffered bodily injury and resulting pain and suffering, disability, loss of the capacity of the enjoyment of life, medical care and treatment expense. The losses are either permanent or continuing and the Plaintiff, KIMBERLY EDWARDS, will suffer losses in the future.

WHEREFORE, the Plaintiff, KIMBERLY EDWARDS, demands judgment for damages in excess of $30,001.00 against Defendant, CBRE, INC., together with costs, prejudgment interest, and demands trial by jury.

DATED this 28th day of August, 2020

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Complaint for Damages and Demand for Trial by Jury has been served by service of process upon Registered Agent for Defendant, CBRE, INC.

/s/Christopher J. Steinhaus
CHRISTOPHER J. STEINHAUS, ESQUIRE
FBN: 147966
Morgan & Morgan, P.A.
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone Phone: (407) 420-1414
Facsimile: (407) 245-3341
Primary email: csteinhaus@forthepeople.com
Secondary email: mpaesa@forthepeople.com;
jimorgan@forthepeople.com
Attorneys for Plaintiff